J. FRANK McCABE (SBN 48246)
500 Sansome Street, Suite 212
San Francisco, California 94111
Telephone: (415) 397-1757
Facsimile: (415) 433-7258

Attorney for Defendant
MARIA ALARCON-ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-06-00217 DLJ |
| Plaintiff, ) | **STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |
| v. ) | |
| MARIA ALARCON-ROMERO, ) | |
| Defendant. ) | |

The parties, having conferred between themselves and having discussed the matter with Pretrial Services Officer Richard Sarlatte who concurs in this Stipulation, hereby stipulate that the conditions of pretrial release of defendant Maria Alarcon-Romero be modified as follows:

    1) That the electronic monitoring condition of her release be terminated;

///

///

STIPULATION AND ORDER MODIFYING CONDITIONS
OF PRETRIAL RELEASE

1

```
 1            2)   That she be permitted to reside with her parents in
 2   Hyattsville, Maryland;
 3            3)   That all other conditions of pretrial release remain
 4   the same.
 5   DATED:   July 6, 2006.         KEVIN V. RYAN
                                    UNITED STATES ATTORNEY
 6
 7                                         /s/
                                    DANA R. WAGNER
 8                                  Assistant U.S. Attorney
                                    Attorneys for Plaintiff
 9
10   DATED:   July 6, 2006.
                                           /s/
11                                  J. FRANK McCABE
                                    Counsel for Defendant Alarcon-Romero
```

## ORDER

IT IS HEREBY ORDERED that the conditions of pretrial release of defendant Maria Alarcon-Romero be modified as follows:

1) That the electronic monitoring condition of her release be terminated;

2) That she be permitted to reside with her parents in Hyattsville, Maryland.

3) That all other conditions of pretrial release remain the same.

DATED: July 7, 2006

_____
HON.
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Edward M. Chen*

STIPULATION AND ORDER MODIFYING CONDITIONS
OF PRETRIAL RELEASE

2