J. FRANK McCABE (SBN 48246)
500 Sansome Street, Suite 212
San Francisco, California 94111
Telephone:  (415) 397-1757
Facsimile:  (415) 433-7258

Attorney for Defendant
MARIA ALARCON-ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-06-00217 DLJ |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **MODIFYING CONDITIONS OF PRETRIAL** |
| v. ) | **RELEASE** |
| ) | |
| MARIA ALARCON-ROMERO, ) | |
| ) | |
| Defendant. ) | |

The parties, having conferred between themselves and having notified Pretrial Services Officer Richard Sarlatte, who concurs in this Stipulation, hereby stipulate that the conditions of pretrial release of defendant Maria Alarcon-Romero be modified as follows:

1)  She is now residing with her parents in Hyattsville, Maryland, she has found a job cleaning houses in Washington, D.C., and she should therefore be allowed to travel to and from Washington, D.C. for work purposes;

STIPULATION AND ORDER MODIFYING
CONDITIONS OF PRETRIAL RELEASE
1

2) Because she is no longer living in San Pablo, California, with Rocio Rodriguez, who cosigned her bond and agreed to serve as her custodian, that co-signer should be released from the bond;

3) That all other conditions of pretrial release should remain the same.

DATED: July 18, 2006.    KEVIN V. RYAN
                         UNITED STATES ATTORNEY

                         _____/s/_____
                         DANA R. WAGNER
                         Assistant U.S. Attorney
                         Attorneys for Plaintiff

DATED: July 17, 2006.
                         _____/s/_____
                         J. FRANK McCABE
                         Counsel for Defendant Alarcon-Romero

ORDER

IT IS HEREBY ORDERED that the conditions of pretrial release of defendant Maria Alarcon-Romero be modified as follows:

1) That she be permitted to travel from her parents' home in Hyattsville, Maryland, where she is residing, to Washington, D.C., for her employment;

2) That Rocio Rodriguez be deleted as co-signer of the bond;

3) That all other conditions of pretrial release remain the same.

DATED: July 19, 2006

_____
HON. _____
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Wayne D. Brazil*

STIPULATION AND ORDER MODIFYING
CONDITIONS OF PRETRIAL RELEASE                    2