1  J. FRANK McCABE (SBN 48246)
   500 Sansome Street, Suite 212
2  San Francisco, California 94111
   Telephone: (415) 397-1757
3  Facsimile: (415) 433-7258

4  Attorney for Defendant
   MARIA ALARCON-ROMERO

FILED
JAN 1 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,        )   NO. CR-06-00217 DLJ
                                 )
         Plaintiff,              )   **STIPULATION AND [PROPOSED] ORDER
                                 )   TO CONTINUE SENTENCING HEARING**
    v.                           )
                                 )
MARIA ALARCON-ROMERO,            )
                                 )
         Defendant.              )
_____)

The undersigned parties hereby stipulate as follows:

1.  Defendant Maria Alarcon-Romero is presently scheduled to be sentenced on January 12, 2006. She has pled guilty to a single misdemeanor count of marijuana possession, in violation of 21 U.S.C. § 844. She is currently out of custody while awaiting her sentencing.

2.  The Probation Office has not yet submitted a draft Presentence Report (PSR) for Alarcon-Romero to the parties, and the Probation Officer assigned to the matter has indicated that the draft PSR likely will be completed in the near future.

STIPULATION AND [PROPOSED] ORDER
CONTINUING SENTENCING HEARING
No. CR 06-00217 DLJ

1

3. In light of the foregoing considerations, the parties jointly request that Alarcon-Romero's sentencing hearing be continued until Wednesday, February 21, 2007, at 10:00 a.m. The Probation Office has been informed of the parties' intention to file for a continuance of the sentencing date and does not object.

4. Undersigned defense counsel attests that Alarcon-Romero has consented to the requested continuance in her sentencing and that, if the Court grants the request, she will appear to be sentenced on the new date of February 21, 2007, at 10:00 a.m.

SO STIPULATED:

DATED: January 11, 2007.

        /s/
J. FRANK McCABE
Counsel for Defendant Alarcon-Romero

DATED: January 11, 2007.

KEVIN V. RYAN
UNITED STATES ATTORNEY

        /s/
DANA R. WAGNER
Assistant U.S. Attorney
Attorneys for Plaintiff

ORDER

In light of the foregoing facts, and with the consent of the parties, the Court HEREBY ORDERS that defendant Maria Alarcon-Romero's sentencing hearing shall be continued from January 12, 2007 to **Wednesday**, February 21, 2007, at 10:00 a.m.

IT IS SO ORDERED:

DATED: 1-11-07

HON. D. LOWELL JENSEN
Senior United States District Judge

STIPULATION AND [PROPOSED] ORDER
CONTINUING SENTENCING HEARING
No. CR 06-00217 DLJ