FILED

FEB 22 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States of America

    Plaintiff,

v.

Maria Alarcon Romero

    Defendant.

No. CR-06-00217-11-DLJ

**ORDER**

    Having plead guilty on June 21, 2006 to one count of Possession of Marijuana in violation of 21 U.S.C. § 844, Maria Alarcon Romero (Defendant) appeared before the Court on February 21, 2007 for sentencing.  Pursuant to 18 U.S.C. § 3607(a), the Court defers entering a judgment of conviction at this time and orders Defendant to be placed on pre-judgment probation for a period of one year, beginning February 21, 2007.  While on probation Defendant must comply with the following conditions:

1. Defendant shall not commit another Federal, State or local crime.

2. Defendant shall refrain from any unlawful use of a controlled substance and submit to a drug test within 15 days of release on probation and 2 periodic drug tests thereafter.

3. Defendant shall participate in a program of testing and treatment for drug abuse, if directed by the probation officer, until Defendant is released from treatment by the probation officer.  Defendant is to pay part or all of the cost of this treatment, at an amount not to exceed the cost of treatment, as deemed appropriate by the probation officer.  Payments shall never exceed the total cost of urinalysis and counseling.  The actual co-payment schedule shall be determined by the probation officer.

4. Defendant shall submit his person, residence, office, vehicle, or any property under his control to a search.  Such a search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release.  Failure to submit to such a search may be grounds for revocation; Defendant shall warn any fellow residents that the

premises may be subject to searches.

     No fine is imposed because of Defendant's financial circumstances.  Because the entry of judgment is deferred, no special assessment is due at this time.  At the expiration of Defendant's probation, if Defendant has complied with the terms and conditions of probation, the Court will, without entering a judgment of conviction, dismiss the proceedings against Defendant and discharge her from probation.

IT IS SO ORDERED

February 22, 2007

                                         _____
                                         D. Lowell Jensen
                                         United States District Judge

United States District Court
For the Northern District of California