J. FRANK McCABE (SBN 48246)
Attorney at Law
500 Sansome Street, Suite 212
San Francisco, California 94111
Telephone: (415) 397-1757
Facsimile: (415) 433-7258

Attorney for Defendant
MARIA ALARCON-ROMERO

FILED
FEB 2 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 06-00217 DLJ |
| Plaintiff, | [~~PROPOSED~~] ORDER EXONERATING BOND AND FOR RETURN OF DEFENDANT'S PASSPORT |
| v. | |
| MARIA ALARCON-ROMERO, | |
| Defendant. | |

GOOD CAUSE appearing therefor and with the concurrence of the United States Attorney,

IT IS HEREBY ORDERED that the personal recognizance bond of defendant Maria Alarcon-Romero be, and hereby is, exonerated. It is further ordered that her passport be returned to her.

DATED: February 23, 2007.

_____
HON. D. LOWELL JENSEN
SENIOR UNITED STATES DISTRICT JUDGE

[~~PROPOSED~~] ORDER EXONERATING BOND AND
FOR RETURN OF DEFENDANT'S PASSPORT