```
 1  J. FRANK McCABE (SBN 48246)
    Attorney at Law
 2  500 Sansome Street, Suite 212
    San Francisco, California 94111
 3  Telephone:  (415) 397-1757
    Facsimile:  (415) 433-7258
 4
    Attorney for Defendant
 5  MARIA ALARCON-ROMERO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 06-00217 DLJ |
|---|---|---|
| Plaintiff, | ) | **ORDER DISMISSING PROCEEDINGS AGAINST DEFENDANT** |
| v. | ) | |
| MARIA ALARCON-ROMERO, | ) | |
| Defendant. | ) | |

THIS COURT having Ordered on February 22, 2007, that judgment in the above-captioned matter be deferred pursuant to 18 U.S.C. § 3607(a), and the defendant placed on pre-judgment probation for one year, and it now appearing to the Court that the defendant has fulfilled all the terms and conditions of her probation,

IT IS HEREBY ORDERED that defendant Maria Alarcon-Romero be, and hereby is, discharged from pre-judgment probation, and the

ORDER DISMISSING PROCEEDINGS AGAINST
DEFENDANT

1

| | |
|---|---|
| 1 | Court, without ordering a judgment of conviction, hereby dismisses |
| 2 | the proceedings against defendant Maria Alarcon-Romero. |
| 3 | DATED: March 13, 2008 |
| 4 | |
| 5 | _____ |
| 6 | HON. D. LOWELL JENSEN<br>UNITED STATES DISTRICT JUDGE |
| 7 | DATED: March 12, 2008. |
| 8 | APPROVED AS TO FORM: |
| 9 | |
| 10 | _____/s/_____<br>DOUGLAS SPRAGUE<br>ASSISTANT UNITED STATES ATTORNEY |